UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **AHMED GULZAR** | * | |
| | * | NO.: 3:23-cv-0439-SDD-RLB |
| | * | |
| | * | |
| **VERSUS** | * | |
| | * | |
| **STATE FARM FIRE AND** | * | |
| **CASUALTY COMPANY** | * | |

## ORDER OF DISMISSAL

Considering the foregoing Joint Stipulation of Dismissal,

**IT IS ORDERED** that Defendant, State Farm Fire and Casualty Company, is hereby dismissed from the above-captioned matter with prejudice with each party to bear its own costs.

**SIGNED** in Baton Rouge, Louisiana this   26th   day of   November   2024.

_____
**JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**

3

7411.0491